No. 89–1545.   QUARTERMAN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE, 495 U. S. 932.   Motion of petitioners for leave to proceed further herein *in forma pauperis* granted.   Petition for rehearing denied.

No. 89–7280.   GOLUB *v.* IBM CORP.; GOLUB *v.* ERNST & WHINNEY ET AL.; GOLUB *v.* WEINER & CO.; and GOLUB *v.* UNIVERSITY OF CHICAGO, 495 U. S. 941.   Petition for rehearing denied.   JUSTICE BLACKMUN and JUSTICE STEVENS took no part in the consideration or decision of this petition.